JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 361 -- IN RE PENITENTIARY POSTAL PROCEDURES LITIGATION

| Date | No. Code | |
|---|---|---|
| 9/26/78 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, CERT. OF SERVICE -- Defendants Norman A. Carlson and Jack A. Hanberry SUGGESTED TRANSFEREE DISTRICT: D. DISTRICT OF COLUMBIA SUGGESTED TRANSFEREE JUDGE: JUDGE WILLIAM B. BRYANT (cds) |
| 10/10/78 | | APPEARANCES: STEVEN NEY, ESQ. FOR Plaintiff Class in Abbott v. Richardson SHELDON YAVITZ, ESQ. FOR Hugh M. Boord REV. DR. FRANK D. LOVELL, PRO-SE DON V. HARBOLT, PRO-SE JAMES D. KOPERNAK, ESQ. FOR Noah W. Altizer W. JAMES ELLISON, ESQ. FOR Hal R. Hopkins, Richard Waszak, Larry T. Howard, Larry Craven, Paul Deragowski, Donna Newman, James Fitzpatrick and Denise Norman OLIVER B. DICKINS, JR., ESQ. FOR Marvin Hogan, Norman Carlson; Jacobs, Mailroom officer ; Charlie C. Moore; Jack Hanberry JOSEPH N. PAPAI, PRO-SE                                     cds |
| 10/11/78 | | REQUEST FOR EXTENSION OF TIME -- Abbott, et al. -- GRANTED TO ALL PARTIES IN ALL ACTIONS TO AND INCLUDING Nov. 3, 1978 cds |
| 10/11/78 | | NOTICE OF DISMISSAL RE (A-6) Papai v. Hopkins, W.D. Tenn., C.A. No. C-78-2224 -- Defendant Hopkins - w/cert.of serv.cds |
| 10/12/78 | 2 | RESPONSE -- Plaintiff Boord -- w/cert. of serv. (cds) |

JPML FORM 1A - Continuation  DOCKET ENTRIES -- p. 2

DOCKET NO. 361 --In re Penitentiary Postal Procedures Lit.

| Date | Ref | Pleading Description |
|---|---|---|
| 10/19/78 | 3 | RESPONSE -- Plaintiff Moorefield w/cert. of svc. (ea) |
| 11/3/78 | 4 | RESPONSE -- Plaintiff Abbott - with Exhibit A and cert. of service. (emh) |
| 11/9/78 | | HEARING ORDER -- Setting A-1 through A-4, A-6 and A-7 for hearing on December 8, 1978, New York, New York (rew) |
| 12/1/78 | | HEARING APPEARANCES: OLIVER B. DICKENS, JR., ESQ. FOR Bureau of Prisons<br>STEVEN NEY, ESQ. FOR Abbott (D.C. Action)<br>SHELDON YAVITZ, ESQ. FOR Hugh M. Boord |
| 12/1/78 | | WAIVER OF ORAL ARGUMENT: Plaintiffs Rev. Dr. Frank D. Lovell, Plaintiffs Moorefield and Don Victor Harbolt (cds) |
| 12/7/78 | | REQUEST TO WITHDRAW MOTION -- Movants (rew) |
| 12/8/78 | | ORDER -- VACATING HEARING ORDER Set for Dec. 8, 1978 N.Y. (rew) |
| 12/11/78 | | LETTER -- Request for continuance -- plaintiff Boord and for matter to be reset in February. |
| 12/11/78 | | HEARING ORDER AMENDMENT -- Setting A-1,2,3,4, and 7 for Hearing on Jan. 19, 1979, Wash., D.C. (rew) |
| 12/12/78 | | LETTER -- Counsel for Abbott dated 12/7/78 (emh) |
| 1/19/78 | | HEARING APPEARANCES for hearing held in Wash., D.C. --<br>Sheldon Yavitz for Hugh M. Boord<br>Steven Ney for Jack Abbott<br>Dennis Dutterer, Esq. for Bureau of Prisons (emh) |

JPML FORM 1A - Continuation     DOCKET ENTRIES -- p.\_\_\_\_

DOCKET NO. 361 -- IN RE PENITENTARY POSTAL PROCEDURE LITIGATION

| Date | Ref | Pleading Description |
|---|---|---|
| 2/28/79 | | OPINION AND ORDER -- Denying transfer of A-1 thru A-4 for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407. (ea) |

JPML Form 1  OPINION AND ORDER filed 2/28/79 Denying transfer
465 F. SUPP. 1293
DOCKET NO. 361 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE PENITENTIARY POSTAL PROCEDURES LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s): 1/19/79
Consolidation Ordered: _____    Consolidation Denied: 2/28/79
Opinion and/or Order: 2/28/79
Citation: 465 F. Supp. 1293

Transferee District: _____    Transferee Judge: _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Jack Abbott, et al. v. Elliot L. Richardson, et al. | D.D.C. Bryant | 1047-73 | | | | 2/28/79 Denied |
| A-2 | Hugh M. Boord v. Norman Carlson, et al. | N.D.Ga. Freeman | C77-1115A | | | | 2/28/79 Denied |
| A-3 | Rev. Dr. Frank D. Lovell v. Jack Hanberry, et al. | N.D.Ga. Freeman | C78-439 | | | | 2/28/79 Denied |
| A-4 | Bill B. Moorefield, et al. v. Norman A. Carlson, et al. | N.D.Ga. O'Kelley | C78-417A | | | | 2/28/79 Denied |
| A-5 | Ronald J. Ellis v. Norman A. Carlson, et al. | N.D.Fla. Arrow | PCA77-0481 | | | closed 9/8/78 | |
| A-6 | Joseph Neal Papai v. Hal R. Hopkins | W.D.Tenn Wellford | 78-2224 | | | closed | |
| A-7 | Noah W. Altizer v. Hal Hopkins, et al. | W.D.Tenn Brown | 78-2322 | | | 1/16/79 | |

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 361 -- IN RE PENITENTIARY POSTAL PROCEDURES LITIGATION

| | |
|---|---|
| JACK ABBOTT, ET AL. (A-1)<br>Steven Ney, Esquire<br>The National Prison Project of the<br>  American Civil Liberties Foundation, Inc<br>Suite 1031<br>1346 Connecticut Avenue, N.W.<br>Washington, D. C. 20036 | HAL R. HOPKINS<br>RICHARD WASZAK<br>LARRY T. HOWARD<br>LARRY CRAVEN<br>PAUL DERAGOWSKI<br>DONNA NEWMAN<br>JAMES FITZPATRICK<br>DENISE NORMAN<br>W. James Ellison<br>Asst. United States Attorney<br>1026 Federal Office Building<br>167 North Main Street<br>Memphis, Tennessee 38103 |
| HUGH M. BOORD (A-2)<br>Sheldon Yavitz<br>8501 S.W. 96th Street<br>Miami, Florida 33156 | |
| REV. DR. FRANK D. LOVELL (A-3)<br>Rev. Dr. Frank D. Lovell<br>PMB Box 79316<br>Atlanta Federal Penitentiary<br>Atlanta, Georgia 30315 | MARVIN HOGAN<br>NORMAN CARLSON<br>JACOBS, Mailroom officer<br>CHARLIE C. MOORE<br>JACK HANBERRY<br>Oliver B. Dickins, Jr.<br>Asst. U. S. Attorney<br>United States Courthouse<br>Room 428<br>56 Forsyth Street, N.W.<br>Atlanta, Georgia 30303 |
| DON V. HARBOLT (A-4)<br>Don V. Harbolt<br>U. S. Penitentiary<br>Box PMB 30682<br>Atlanta, Georgia 30315 | |
| NOAH W. ALTIZER (A-7)<br>James D. Kopernak, Esq.<br>Memphis State University Legal Clinic<br>930 Dermon Building<br>46 North Third Street<br>Memphis, Tennessee 38103 | JOSEPH N. PAPAI (A-6)<br>Joseph N. Papai<br>Post Office Box 34550<br>19832-1011 Shelby<br>Memphis, Tennessee 38134 |
| BILL B. MOOREFIELD (A-4)<br>Bill Moorefield<br>Box PMB *corr. Returned*<br>Atlanta, Georgia 30315 | |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 361 -- IN RE PENITENTIARY POSTAL PROCEDURES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| ELLIOT L. RICHARDSON | A-1, |
| NORMAN A. CARLSON | A-1, A-2 A-4 A-3 |
| E.T. KLASSEN | A-1, |
| RALPH A. AARON | A-1, |
| NOAH ALLDREDGE | A-1, |
| SAMUEL J. BRITTON | A-1, |
| CHARLES CAMPBELL | A-1, |
| P.J. CICCONE, M.D. | A-1, |
| LOREN E. DAGGETT | A-1, |
| JAMES HENDERSON | A-1, |
| MARVIN R. HOGAN | A-1, A-2 |

p. 2

| Name | Code |
|---|---|
| MASON HOLLEY | A-1 |
| GEORGE W. PICKETT | A-1 |
| JOHN J. NORTON | A-1 |
| ELWOOD O. TOFT | A-1 |
| PAUL T. WALKER | A-1 |
| HAL R. HOPKINS | ~~A-1~~ A-6 ~~A-1~~ A-7 |
| RICHARD WASZAK | ~~A-1~~ A-6 |
| LARRY T. HOWARD | ~~A-1~~ A-6 |
| LARRY CRAVEN | ~~A-1~~ A-6 |
| PAUL DERAGOWSKI | ~~A-1~~ A-6 |
| DONNA NEWMAN | A-6 |

JPML FORM 3

p. __3__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __361__ -- _In re Penitentiary Postal Procedures Litigation_

| Name of Party | Named as Party in Following Actions |
|---|---|
| Jacobs, Mailroom Clerk | A-2 |
| Charlie C. Moore | A-2 |
| Postmaster General, Atlanta, Ga. | A-2 |
| Jack A. Hanberry | A-4 |
| | |
| | |
| | |
| | |
| | |
| | |